IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3-17-cv-00319-RJC

| | | |
|---|---|---|
| BILLY G. McSWAIN<br>Plaintiff, | )<br>)<br>) | |
| v. | ) | ORDER |
| | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | )<br>)<br>) | |
| Defendant. | )<br>) | |

The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this Court, pursuant to sentence four of 42 U.S.C. § 405(g), to enter a judgment reversing her decision with a remand of the cause for further administrative proceedings. Plaintiff's counsel consented to the Commissioner's Motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby **GRANTS** the parties' Consent Motion to Remand, (Doc. No. 13), and **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. See Melkonyan v. Sullivan, 501 U.S. 89 (1991).

Signed: June 19, 2018

Robert J. Conrad, Jr.
United States District Judge